UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAL SHALOM,

    Plaintiff,

v.

MARTIN A. KAPLAN, et al.,

    Defendants.

_____/

NO. C-02-2989 CW

ORDER ADMINISTRATIVELY CLOSING CASE

On September 27, 2002, the above-captioned case was consolidated for all further proceeding with C-02-2020 CW, <u>Robert Corwin v. Martin A. Kaplan</u>.  Accordingly,

IT IS HEREBY ORDERED that:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 5/31/05                          /s/ CLAUDIA WILKEN

                                           _____
                                           CLAUDIA WILKEN
                                           United States District Judge